## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Mark Falk |
| | : | |
| v. | : | Magistrate No. 10- C r-69 (DRD) |
| | : | |
| WILLIAM WATSON | : | SEALING ORDER |

This matter having come before the Court upon the application of the United States of

America (Ronnell L. Wilson, Assistant U.S. Attorney, appearing), for an arrest warrant, and its

concurrent application that the Indictment returned against the person named in the warrant be

filed under seal, and good cause having been shown,

**IT IS** on this 2<u>nd</u> day of February, 2010

**ORDERED** that, except for: (1) such copies of the arrest warrant as are necessary to

accomplish its purpose, and (2) such copies of the Indictment to be provided to the Essex County

Prosecutor's Office, the Indictment and all other documents filed in this matter hereby are

SEALED until the arrest warrant is executed or upon further order of the Court.

_____

Hon. Mark Falk
United States Magistrate Judge