UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Dickinson R. Debevoise |
| v. | : | Crim. No. 10-69 (DRD) |
| WILLIAM WATSON | : | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Ronnell L. Wilson, Assistant U.S. Attorney), and defendant William Watson (by Lorraine Gauli-Rufo, Assistant Federal Public Defender) for an order granting a continuance of the proceedings in the above-captioned matter to pursue plea negotiations, and the defendant being aware that he has the right to have the matter brought to trial within 70 days of the date of his appearance before a judicial officer of this court pursuant to Title 18 of the United States Code, Section 3161(c)(1), and as the defendant has consented to such a continuance, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to finalize a plea agreement, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, on this 13th day of April 2010,

ORDERED that motions shall be filed April 26, 2010; the opposition motions shall be filed by May 10, 2010; the argument of motions is scheduled for May 24, 2010, or a date to be set by the Court; and the trial is scheduled for June 11, 2010, or a date to be set by the Court;

ORDERED that the period from April 27, 2010, through June 11, 2010, shall be excludable in computing time under the Speedy Trial Act of 1974, pursuant to Title 18, United States Code, Section 3161(h)(7).

HON. Dickinson R. Debevoise
United States District Judge

Form and entry
consented to:

Ronnell L. Wilson
Assistant U.S. Attorney

Lorraine Gauli-Rufo, AFPD
Counsel for defendant William Watson