## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Crim. No. 10-69(DRD) |
| Plaintiff, : | |
| : | **O R D E R** |
| v. : | |
| : | |
| WILLIAM WATSON : | |
| : | |
| Defendant. : | |
| _____: | |

Defendant, William Watson, having moved for i) an order suppressing a weapon seized from him on October 28, 2009, ii) an order suppressing statements that he gave to Newark police officers on October 28, 2008, and iii) orders implementing what is commonly known as an "Omnibus Motion"; and the government having moved for reciprocal discovery; and the court having reviewed the submissions of the parties; and for the reasons set forth in an opinion or even date;

IT is this 16th day of August, 2010;

**ORDERED as follows:**

1. Defendant's motions to suppress the gun seized on October 28, 2009 and to suppress the statements that he gave to the Newark police on October 28, 2009 are denied.

2. Defendant's series of motions collectively entitled "Omnibus Motion" are denied in their entirety either because they are without merit or are moot.

3. The government's cross-motion for reciprocal discovery is granted.

                                                  *s/ Dickinson R. Debevoise*
                                                  DICKINSON R. DEBEVOISE
                                                  U.S.S.D.J.